# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| MARILYN K. SHUMATE, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil No. 11-00078-CG-M |
| SELMA CITY BOARD OF EDUCATION, | ) ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the court's order entered on this date, it is

**ORDERED**, **ADJUDGED,** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of Defendants and against Plaintiff on all counts.

**DONE** and **ORDERED** this the 24th day of October, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE